UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 7:20-CR-355 |
| | § | |
| DAISY IIEANA ORTIZ | § | |

## ORDER RESETTING FINAL PRETRIAL AND JURY SELECTION

Due to the travel restrictions and health risks associated with the Covid-19 pandemic, the Court finds that the failure to briefly continue this matter would likely make a continuation of this proceeding impossible or result in a miscarriage of justice and, consequently, finds that the ends of justice served by resetting this matter outweighs the best interest of the public and the defendant in a speedy trial. Accordingly,

IT IS HEREBY ORDERED that this matter (previously set for April 3, 2020) is hereby reset for final pretrial on May 1, 2020, at 9:00 a.m. and jury selection on May 5, 2020, at 9:30 a.m. in the 9th Floor Courtroom, United States District Court, 1701 W. Business Highway 83, McAllen, Texas.

SO ORDERED this 2nd day of April, 2020, at McAllen, Texas.

_____
Randy Crane
United States District Judge